NUMBER 13-03-216-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


SEVERO ALCORTA, ET AL., Appellants,


v.



W. DAWSON STERLING, ET AL., Appellees.

____________________________________________________________________


On appeal from the 357th District Court


of Cameron County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yanez, and Garza


Opinion Per Curiam


 Appellants, SEVERO ALCORTA, ET AL., perfected an appeal from a judgment
entered by the 357th District Court of Cameron County, Texas, in cause number
2001-09-4237-E. After the record was filed, appellants filed an unopposed motion to
dismiss the appeal. In the motion, appellants state that this case has been resolved
and appellants no longer wish to prosecute this appeal. Appellants request that this
Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellants' unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 11th day of September, 2003.